**Motion for Rehearing Granted, Memorandum Opinion filed April 7, 2015, Withdrawn, Appeal Reinstated, and Order filed June 11, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00222-CR

**CLARENCE HENRY MATHIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1072790**

## O R D E R

On April 7, 2015, this court issued an opinion dismissing this appeal. On May 5, 2015, appellant filed a motion for rehearing. The motion is granted.

This court's opinion filed April 7, 2015, is withdrawn, and our judgment of that date is vacated. The appeal is ordered reinstated.

PER CURIAM

Panel consists of Justices Christopher, Donovan and Wise